UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANTHONY B. TUFANO,

    Plaintiff,

v.                                            Case No:  2:12-cv-228-FtM-38UAM

MATTHEW BRIAN BUSH and
BRANDON ERIC GUYER,

    Defendants.
_____/

### ORDER

This matter comes before the Court on Joint Stipulation of Dismissal With Prejudice (Doc. #36) filed on May 28, 2013.  The Parties have stipulated to dismissal of this case with prejudice as an amicable settlement has been reached.

Accordingly, it is now

**ORDERED:**

This case is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees.  The Clerk is directed to enter judgment accordingly and close the file.  The Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of June, 2013.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record